# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-0014

_____

ANTHONY MAURICE CREWS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Duval County.
Angela M. Cox, Judge.


April 3, 2018

PER CURIAM.

AFFIRMED.

ROWE, RAY, and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Anthony Maurice Crews, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.